UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN MOSTAAN,<br><br>             Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | Civil No. 13cv208 JAH (BGS)<br><br>**ORDER TO SHOW CAUSE** |

On October 21, 2013, this Court ordered that all pretrial motions in this case be filed no later than January 24, 2014. See Doc. # 11. To date, no motions have been filed or scheduled. Accordingly, IT IS HEREBY ORDERED that plaintiff shall appear before this Court on **April 14, 2014 at 2:30 p.m.** to show cause why this matter should not be dismissed for failure to comply with the Court's order. See Local Rule 83.1 (a).

Dated: March 4, 2014

JOHN A. HOUSTON
United States District Judge

13cv0208