UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN MOSTAAN,<br><br>　　　　　　Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　　　Defendant. | Civil No. 13cv208 JAH (BGS)<br><br>**ORDER SETTING PRETRIAL MOTIONS FILING DEADLINE** |

IT IS HEREBY ORDERED that all pretrial motions in this case must be filed **no later than August 29, 2014** to be heard before this Court.  Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from this Court's law clerk.

Dated: May 22, 2014

　　　　　　　　　　　　　　　　　　　　／s／ John A. Houston
　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

13cv0208